

## NOTICE
## Grant Township, Indiana County, Pennsylvania
## Community Bill of Rights Ordinance

ESTABLISHING A COMMUNITY BILL OF RIGHTS FOR THE PEOPLE OF GRANT TOWNSHIP, INDIANA COUNTY, PENNSYLVANIA, WHICH PROHIBITS ACTIVITIES AND PROJECTS THAT WOULD VIOLATE THE BILL OF RIGHTS, AND WHICH PROVIDES FOR ENFORCEMENT OF THE **BILL OF RIGHTS**

Whereas, this community finds that the depositing of waste from oil and gas extraction is economically and environmentally unsustainable, in that it damages property values and the natural environment, and places the health of residents at risk, while failing to provide real benefits to the people of this community; and

Whereas, this community finds that the depositing of waste from oil and gas extraction violates the rights of Grant Township residents, including our right to make decisions about what happens to the places where we live; and

Whereas, private corporations engaged in the depositing of waste from oil and gas extraction are wrongly recognized by the federal and state government as having more "rights" than the people who live in our community, and thus, recognition of corporate "rights" is a denial of the rights of the people of Grant Township; and

Whereas, such denials violate the inherent right of people to local self-government; the guarantees of the Pennsylvania Constitution; and the guarantees of the Declaration of Independence and the United States Constitution; and

Whereas, the 1776 Pennsylvania Constitution recognized the inherent right of Pennsylvanians to local self-government by declaring that "all government ought to be instituted and supported for the security and protection of the community as such;" and

Whereas, that right to local self-government, now recognized and secured by Article 1, Section 2 of the current Pennsylvania Constitution, declares that "all power is inherent in the people, and all free governments are founded on their authority and instituted for their peace, safety, and happiness;" and

Whereas, this ordinance establishes a Community Bill of Rights to further recognize the right to local self-government in Grant Township, and secures that right by prohibiting those activities that would violate this local bill of rights;

Therefore, We the People of Grant Township hereby adopt this Community Bill of Rights Ordinance.

Section 1 – Definitions
(a) "Corporations," for purposes of this Ordinance, shall include any corporation, limited partnership, limited liability partnership, business trust, public benefit corporation, business entity, or limited liability company organized under the laws of any state of the United States or under the laws of any country.
(b) "Depositing of waste from oil and gas extraction" shall include, but not be limited to the depositing, disposal, storage, beneficial use, treatment, recycling, injection, or introduction of materials including, but not limited to, brine, "produced water," "fract water," tailings, flowback or any other waste or by-product of oil and gas extraction, by any means. The phrase shall also include the issuance of, or application for, any permit that would purport to allow these activities.

(c) "Extraction" shall mean the digging or drilling of a well for the purposes of exploring for, developing or producing shale gas, oil, or other hydrocarbons.

Section 2 – Statements of Law – A Community Bill of Rights
(a) Right to Local Self-Government. All residents of Grant Township possess the right to a form of governance where they live which recognizes that all power is inherent in the people and that all free governments founded on the people's consent. Use of the municipal corporation "Grant Township" by the people for the making and enforcement of this law shall not be deemed, by any authority, to eliminate, limit, or reduce that sovereign right.
(b) Right to Clean Air, Water and Soil. All residents of Grant Township, along with natural communities and eco-systems within the Township, possess the right to clean air, water, and soil, which shall include the right to be free from activities which may pose potential risks to clean air, water, and soil within the Township, including the depositing of waste from oil and gas extraction.
(c) Right to Scenic Preservation. All residents of Grant Township possess a right to the scenic, historic and aesthetic values of the Township, including unspoiled vistas and a rural quality of life. That right shall include the right of the residents of the Township to be free from activities which threaten scenic, historic, and aesthetic values, including the depositing of waste from oil and gas extraction.
(d) Rights of Natural Communities and Ecosystems. Natural communities and ecosystems within Grant Township, including but not limited to, rivers, streams, and aquifers, possess the right to exist, flourish, and naturally evolve.
(e) Right to a Sustainable Energy Future. All residents of Grant Township possess the right to a sustainable energy future, which includes, but is not limited to, the development, production, and use of energy from renewable and sustainable fuel sources, the right to establish local sustainable energy policies to further secure this right, and the right to be free from energy extraction, production, and use that may adversely impact the rights of human or natural communities. That right shall include the right to be free from activities related to fossil fuel extraction and production, including the depositing of waste from oil and gas extraction.
(f) Right to Enforce. All residents of Grant Township possess the right to enforce the rights and prohibitions secured by this Ordinance, which shall include the right of Township residents to intervene in any legal action involving rights and prohibitions of this Ordinance.
(g) Rights as Self-Executing. All rights delineated and secured by this Ordinance are inherent, fundamental, and unalienable, and shall be self-executing and enforceable against both private and public actors. The rights secured by this Ordinance shall only be enforceable against actions specifically prohibited by this Ordinance.

Section 3 – Statements of Law – Prohibitions Necessary to Secure the Bill of Rights
(a) It shall be unlawful within Grant Township for any corporation or government to engage in the depositing of waste from oil and gas extraction.
(b) No permit, license, privilege, charter, or other authority issued by any state or federal entity which would violate the prohibitions of this Ordinance or any rights secured by this Ordinance, the Pennsylvania Constitution, the United States Constitution, or other laws, shall be deemed valid within Grant Township.

Section 4 – Enforcement
(a) Any corporation or government that violates any provision of this Ordinance shall be guilty of an offense and, upon conviction thereof, shall be sentenced to pay the maximum fine allowable under State law for that violation. Each day or portion thereof, and violation of each section of this Ordinance, shall count as a separate violation.
(b) Grant Township, or any resident of the Township, may enforce the rights and prohibitions of this Ordinance through an action brought in any court possessing jurisdiction over activities occurring within the Township, in such an action, the Township or the resident shall be entitled to recover all costs of litigation, expert and attorney's fees.
(c) Any action brought by either a resident of Grant Township or by the Township to enforce or defend the natural rights of ecosystems or natural communities secured by this Ordinance shall bring that action in the name of the ecosystem or natural communities secured by this Ordinance shall bring that action in the name of the ecosystem or natural community in a court possession jurisdiction over activities occurring within the Township. Damages shall be measured by the cost of restoring the ecosystem or natural community to its state before the injury, and shall be paid to the Township to be used exclusively for the full and complete restoration of the ecosystem or natural community.

Section 5 – Enforcement – Corporate Powers
(a) Corporations that violate this Ordinance, or that seek to violate this Ordinance, shall not be deemed to be "persons," nor possess any other legal rights, privileges, powers, or protections which would interfere with the rights or prohibitions enumerated by this Ordinance. "Rights, privileges, powers, or protections" shall include the power to assert state or federal preemptive laws in an attempt to overturn this Ordinance, and the power to assert that the people of the municipality lack the authority to adopt this Ordinance.
(b) All laws adopted by the legislature of the State of Pennsylvania, and rules adopted by any State agency, shall be the law of Grant Township only to the extent that the do not violate the rights or prohibitions of this Ordinance.

Section 6 – Effective Date and Existing Permit Holders
This Ordinance shall be effective immediately on the date of its enactment, at which point the Ordinance shall apply to any and all actions that would violate this Ordinance, regardless of the date of any applicable local, state, or federal permit.

Section 7 – People's Right to Self-Government
Use of the courts or the Pennsylvania legislature in attempts to overturn the provisions of this Ordinance shall require community meetings focused on changes to local governance that would secure the right of the people to local self-government.

Section 8 – State and Federal Constitutional Changes

Through the adoption of this Ordinance, the people of Grant Township call for amendment of the Pennsylvania Constitution and the federal Constitution to recognize a right to local self government free from and or nullification by corporate "rights."

Section 9 – Severability

The provisions of this Ordinance are severable. If any court decides that any section, clause, sentence, part, or provision of this Ordinance is illegal, invalid, or unconstitutional, such decision shall not affect, impair, or invalidate any of the remaining sections, parts, or provisions of the Ordinance.

Section 10 – Repealer

All inconsistent provisions of prior Ordinances adopted by Grant Township are hereby repealed, but only to the extent necessary to remedy the inconsistency.

**001 Public Notices**

NOTICE
Grant Township,
Indiana County,
Pennsylvania
Community Bill of Rights Ordinance

ESTABLISHING A COMMUNITY BILL OF RIGHTS FOR THE PEOPLE OF GRANT TOWNSHIP, INDIANA COUNTY, PENNSYLVANIA, WHICH PROHIBITS ACTIVITIES AND PROJECTS THAT WOULD VIOLATE THE BILL OF RIGHTS, AND WHICH PROVIDES FOR ENFORCEMENT OF THE

BILL OF RIGHTS
Whereas, this community finds that the depositing of waste from oil and gas extraction is economically and environmentally unsustainable, in that it damages property values and the natural environment, and places the health of residents at risk, while failing to provide real benefits to the people of this community; and

Whereas, this community finds that the depositing of waste from oil and gas extraction violates the rights of Grant Township residents, including our right to make decisions about what happens to the places where we live; and

Whereas, private corporations engaged in the depositing of waste from oil and gas extraction are wrongly recognized by the federal and state government as having more "rights" than the people who live in our community, and thus, recognition of corporate "rights" is a denial of the rights of the people of Grant Township; and

Whereas, such denials violate the inherent right of people to local self-government, the guarantees of the Pennsylvania Constitution; and the guarantees of the Declaration of Independence and the United States Constitution; and

Whereas, the 1776 Pennsylvania Constitution recognized the inherent right of Pennsylvanians to local self-government by declaring that "all government ought to be instituted and supported for the security and protection of the community as such;" and

Whereas, that right to local self-government, now recognized and asserted by Article I, Section 2 of the current Pennsylvania Constitution, declares that "all power is inherent in the people, and all free governments are founded on their authority and instituted for their peace, safety, and happiness;" and

Whereas, this community establishes a Community Bill of Rights to further recognize the right to local self-government in Grant Township, and secures that right by prohibiting those activities that would violate this local bill of rights;

Therefore, We the People of Grant Township hereby adopt this Community Bill of Rights Ordinance.

Section 1 - Definitions
(a) "Corporations," for purposes of this Ordinance, shall include any corporation, limited partnership, limited liability partnership, business trust, public benefit corporation, business entity, or limited liability company organized under the laws of any state of the United States or under the laws of any country.
(b) "Depositing of waste from oil and gas extraction" shall include, but not be limited to, the depositing, disposal, storage, beneficial use, treatment, recycling, injection, or introduction of materials including, but not limited to, brine, "produced water," "frack water," tailings, flowback or any other waste or by-product of oil and gas extraction, by any means. The phrase shall also include the issuance of, or application for, any permit that would purport to allow these activities.
(c) "Extraction" shall mean the digging or drilling of a well for the purposes of exploring for, developing or producing shale gas, oil, or other hydrocarbons.

Section 2 - Statements of Law - A. Community Bill of Rights
(a) Right to Local Self-Government. All residents of Grant Township possess the right to a form of governance where they live which recognizes that all power is inherent in the people and that all free governments are founded on the people's consent. Use of the "municipal corporation 'Grant Township'" by the people for the making and enforcement of this law shall not be deemed, by any authority, to eliminate, limit, or reduce that sovereign right.
(b) Right to Clean Air, Water and Soil. All residents of Grant Township, along with natural communities and ecosystems within the Township, possess the right to clean air, water, and soil, which shall include the right to be free from activities which may pose potential risks to clean air, water, and soil within the Township, including the depositing of waste from oil and gas extraction.
(c) Right to Scenic Preservation. All residents of Grant Township possess a right to the scenic, historic and aesthetic values of the Township, including unspoiled vistas and a rural quality of life. That right shall include the right of the residents of the Township to be free from activities which threaten scenic, historic, and aesthetic values, including the depositing of waste from oil and gas extraction.
(d) Rights of Natural Communities and Ecosystems. Natural communities and ecosystems within Grant Township, including but not limited to, rivers, streams, and aquifers, possess the right to exist, flourish, and naturally evolve.
(e) Right to a Sustainable Energy Future. All residents of Grant Township possess the right to a sustainable energy future, which includes, but is not limited to, the development, production, and use of energy from renewable and sustainable fuel sources, the right to establish local sustainable energy policies to further secure this right, and the right to be free from energy extraction, production, and use that may adversely impact the rights of human or natural communities. That right shall include the right to be free from activities related to fossil fuel extraction and production, including the depositing of waste from oil and gas extraction.
(f) Right to Enforce. All residents of Grant Township possess the right to enforce the rights and prohibitions secured by this Ordinance, which shall include the right of Township residents to intervene in any legal action involving the rights and prohibitions of this Ordinance.
(g) Rights as Self-Executing. All rights delineated and secured by this Ordinance are inherent, fundamental, and unalienable, and shall be self-executing and enforceable against both private and public actors. The rights secured by this Ordinance shall only be enforceable against actions specifically prohibited by this Ordinance.

Section 3 - Statements of Law - Prohibitions Necessary to Secure the Bill of Rights
(a) It shall be unlawful within Grant Township for any corporation or government to engage in the depositing of waste from oil and gas extraction.
(b) No permit, license, privilege, charter, or other authority issued by any state or federal entity which would violate the prohibitions of this Ordinance or any rights secured by this Ordinance, the Pennsylvania Constitution, the United States Constitution, or other laws, shall be deemed valid within Grant Township.

Section 4 - Enforcement
(a) Any corporation or government that violates any provision of this Ordinance shall be guilty of an offense and, upon conviction thereof, shall be sentenced to pay the maximum fine allowable under State law for that violation. Each day or portion thereof, and violation of each section of this Ordinance, shall count as a separate violation.
(b) Grant Township, or any resident of the Township, may enforce the rights and prohibitions of this Ordinance through an action brought in any court possessing jurisdiction over activities occurring within the Township. In such an action, the Township or the resident shall be entitled to recover all costs of litigation, including, without limitation, expert and attorney's fees.
(c) Any action brought by either a resident of Grant Township or by the Township to enforce or defend the rights of exceptions or natural communities secured by this Ordinance shall bring that action in the name of the ecosystem or natural community in a court possessing jurisdiction over activities occurring within the Township. Damages shall be measured by the cost of restoring the ecosystem or natural community to its state before the injury, and shall be paid to the Township to be used exclusively for the full and complete restoration of the ecosystem or natural community.

Section 5 - Enforcement - Corporate Powers
(a) Corporations that violate this Ordinance, or that seek to violate this Ordinance, shall not be deemed to be "persons," nor possess any other legal rights, privileges, powers, or protections which would interfere with the rights or prohibitions enumerated by this Ordinance. "Rights, privileges, powers, or protections" shall include the power to assert state or federal preemptive laws in an attempt to overturn this Ordinance, and the power to assert that the people of this municipality lack the authority to adopt this Ordinance.
(b) All laws adopted by the legislature of the State of Pennsylvania, and rules adopted by any State agency, shall be the law of Grant Township only to the extent that they do not violate the rights or prohibitions of this Ordinance.

Section 6 - Effective Date and Existing Permit Holders
This Ordinance shall be effective immediately on the date of its enactment, at which point the Ordinance shall apply to any and all actions that would violate this Ordinance, regardless of the date of any applicable local, state, or federal permit.

Section 7 - People's Right to Self-Government
Use of the courts or the Pennsylvania legislature in attempts to overturn the provisions of this Ordinance shall require community meetings focused on changes to local governance that would secure the right of the people to local self-government.

Section 8 - State and Federal Constitutional Changes
Through the adoption of this Ordinance, the people of Grant Township call for amendment of the Pennsylvania Constitution and the federal Constitution to recognize a right to local self government free from governmental preemption and nullification by corporate "rights."

Section 9 - Severability
The provisions of this Ordinance are severable. If any court decides that any section, clause, sentence, part, or provision of this Ordinance is illegal, invalid, or unconstitutional, such decision shall not affect, impair, or invalidate any of the remaining sections, clauses, sentences, parts, or provisions of the Ordinance.

Section 10 - Repealer
All inconsistent provisions of prior Ordinances adopted by Grant Township are hereby repealed, but only to the extent necessary to remedy the inconsistency.
5/24

---

**001 Public Notices**

NOTICE
NOTICE OF EXECUTOR
In the Estate of BURNELL J. McCONNELL, Deceased, late of West Wheatfield Township, Indiana County, Pennsylvania.
Notice is hereby given that Letters Testamentary in the Estate of the above-named decedent have been granted to James M. McConnell. All persons indebted to said Estate are requested to make payment and those having claims with demands against the same will make them known without delay to:
c/o Michael T. Crum, Esquire
Attorney for Executor
ABOOD, RUSSELL, PAPPAS & ROZICH
South Street Station
Professional Building
709 Franklin Street,
Suite 200
Johnstown, PA 15901
5/17, 5/24, 5/31

READ the Classified Public Notices and Sunshine Notices to learn about upcoming planning and budget meetings.

---

**002 Sunshine Notices**

NOTICE
The Borough of Marion Center shall consider the passage of two Ordinances at its June meeting scheduled for Monday, June 2, 2014 at 7:00 p.m. in the Marion Center Borough Building located at 1000 Manor Street, Marion Center, Pennsylvania. The full text of the Ordinances may be examined in the office of Marion Center Borough Building at 1000 Manor Street, Marion Center, Pennsylvania by calling to schedule an appointment at (724) 397-0200 or at the Indiana County Law Library, Indiana County Courthouse, 825 Philadelphia Street, Indiana, Pennsylvania, between the hours of 8:30 a.m. and 12:00 Noon and 1:30 p.m. and 4:00 p.m. on regular business days. The following are summaries of the Ordinances:

ORDINANCE NO. __
AN ORDINANCE OF THE BOROUGH OF MARION CENTER, COUNTY OF INDIANA, AND COMMONWEALTH OF PENNSYLVANIA REQUIRING OWNERS OF RENTAL PROPERTIES TO SUBMIT A LIST OF TENANTS RESIDING IN THE PROPERTIES PERMITTING THE DESIGNEE OF MARION CENTER BOROUGH COUNCIL TO INSPECTION-NON-OWNER OCCUPIED BUILDINGS AND DWELLING UNITS FOR ALL APPLICABLE CODES AND ORDINANCES.
1. Any person owning any property within the Borough of Marion Center that is rented in whole or in part shall be required to file a Registration form with the Borough Secretary. The form will include the maximum number of tenants allowed for the property and registration shall be good for one (1) year.
2. A designee of the Marion Center Borough Council shall perform inspections related to this Ordinance and also any applicable Ordinance or Codes of Marion Center Borough.
3. The annual registration fee shall be $50.00, change to the registration shall be $5.00, the inspection fee shall be $50.00 per dwelling unit.
4. Any person violating the Ordinance shall pay a penalty of not less than $100.00 nor more than $300.00, together with costs. Each day shall constitute a separate violation.
5. Any person found in violation of any other Ordinance or Code shall be subject to administrative fine equal to $30.00, plus $20.00 per day for such violations if they are not remedied within twenty (20) days of the date of notice of violation.

ORDINANCE NO. __
AN ORDINANCE OF THE BOROUGH OF MARION CENTER, COUNTY OF INDIANA, AND COMMONWEALTH OF PENNSYLVANIA ADOPTING THE 2009 EDITION OF THE INTERNATIONAL PROPERTY MAINTENANCE CODE.
1. This Ordinance adopts the 2009 Edition of the International Property Maintenance Code to regulate and govern the conditions and maintenance of all properties, buildings, and structures within the Borough of Marion Center.
2. In addition, the Ordinance provides for the prosecution of violations and penalties for violations, including an administrative fine of not less than $25.00 nor more than 100.00 per violation. Each day that a violation continues after due notice has been served shall be deemed a separate offense.
Both Ordinances shall take effect upon adoption.
5/24

---

**001 Public Notices**

NOTICE
Sealed proposals will be received by the South Mahoning Township, 2nd Class of Indiana County, Pennsylvania at 244 Rossmoyne road, Home, PA 15747 until 4:00 p.m. on June 16, 2014, for the following:
2005 or newer grader with less than 6,000 hours. Successful bidder must accept trade of Wabco 555 Grader. Wabco 555 must be removed at time of delivery.
Proposals must be upon the forms furnished by the Municipality. The Municipality reserves the right to reject any or all bids.
South Mahoning Township 2nd Class
By Priscilla Lambing Secretary
5/24, 5/28

TRUST. It's the reason 42% of area residents read The Indiana Gazette on a daily basis. Classifieds give you affordable access to those loyal readers. To place a Classified ad phone (724) 349-4949. To start a Gazette subscription, phone our Circulation Department at (724) 465-5555. Office hours are 8 a.m. to 5 p.m Monday - Friday.

---

**016 Condominiums For Sale**

2 bdrs, 1.5 baths, all appliances, a/c, gas heat, 1 car garage & basement. $84,500. (724) 465-4635

**017 Townhouses For Sale**

FOR SALE BY OWNER
Georgetown Village, 3 bdrm, 3.5 bath, finished basement, new carpet, fresh paint, end unit. Detached garage. Contact Larry (412) 289-2449 or Jeff (724) 422-7287 Selling price $189,500.

ACTION- Have you tried using the Gazette Classified Action ads yet? Join the growing number of satisfied sellers who got quick results at little or no cost to them. People are always looking for great bargains and Action ads bring sellers and buyers together. Items such as clothing, sporting equipment , musical, appliances and much much more can be sold through the Gazette Classifieds. Call (724) 349-4949 for details on our Class Action program

**019 Lots & Acreage For Sale**



Gary Lee Stiles
5/23/49-10/18/12

Birthday Wishes
I wanted you to know you are greatly missed. The memories I have of you will remain in my heart forever. I miss your strength and calmness.
Sadly missed by wife

**006 Lost & Found**

FOUND: Black female medium sized dog, Indiana Boro, N 9th St area. (724) 422-7928

FOUND: Dog, male in tact, Chow Shepherd mix golden color, found Hillsdale FFF (724) 349-1144

LOST Small English Setter, female, white with black marking & long feathered tail, had owner collar with tags & phone number. Call Bob (724) 840-2605. Reward offered.

**012 Special Notices**

A Divorce $219 Complete. Uncontested. No-Fault. Reisman & Davis, Pgh. No Travel. Free Info
1-800-486-4070, 24/7

**015 Houses For Sale**

4608 SQ Ft home located on cul-de-sac. 3-4 bdrm, 4 baths, Formal living- dining rm, lrg family rm, man cave, heated glass enclosed porch overlooking park like yard. Room for boy toys, 2 car garage, & 2 bay 2 story detached garage. Amazing low price, $195,000. MUST SEE.
Call (412) 289-0918 http://mysite. verizon.net/vzz85gpo

INDIANA County near Vintondale, 2 bdr, 2 ba., 8.5 acres, country setting, public water & sewer, new carpeting, fresh paint, move in condition, $38,000 Neg. (814) 749-0156

MARION CENTER: East Main St. spacious, 4 bdr, 1 bath home w/ fireplace, lease or cash, $1,000 down, $526 per month. Call 877-553-5348

**021 Business Property For Sale**

PRICE REDUCED!
Retail Furniture Store or Commercial Building For Sale. 6th Street, Clymer. 724-254-5678

**025 Commercial Property For Sale**

APARTMENT Building & Car Wash, Yatesboro, PA, $197,000, (724) 957-7854

---

**030 Furnished Apartments**

AFFORDABLE / CLEAN APARTMENTS
Indiana Area Utilities included Call (724) 388-4580

**031 Unfurnished Apartments**

2 bdrm, 1 bath close to Indiana schools, appl. includ. $650/mo plus util, No pets. (724) 349-1669

APARTMENTS: Indiana 1 bdrm. Blairsville 2 bdrm. No dogs. (724) 422-1484 mmetil@verizon.net

ATTRACTIVE, 1 bdrm unit, carpeting, appliances, air, on-site laundry, off st. parking. Rent incl water, garbage, sewage. No Pets. 10mo lease $475/mo (724) 463-1645

AULTMAN Area: Garage Apt. 4 rooms & 1 bath. Non-smoking, no pets. Sec Dep & Refs. $500/mo + utilities (724) 479-8824

AVAILABLE immediately! nice 1 bdrm, 1st floor, all major appl included, Marion Center (724) 388-8520

Available Immediately: 2 bedroom, 2nd floor, 339 Grandview Ave,. $750/month Plus utilities A/C, Washer Dryer Hook Ups. Non smoking, no pets. (724) 388-2161

CLASSIFIED helpline: (724)349-4949. When your ad is published, specify the hours you can be reached. Some people never call back if they cannot reach you the first time. Our classified staff is available to serve you from 8 a.m. to 5 p.m Monday thru Friday.

COLONIAL MANOR APARTMENTS
1 & 2 bedroom apartments. No pets. For info call (724) 349-0152 9am to 4pm Mon - Fri

COUNTRY Living min. from Ind. 2 bdrm, $600, 1 bdrm $425, 4394 Warren Rd. (724) 465-8522

CREEKSIDE: 1 Bedroom some utilities included, Pet friendly. Security dep. required. (724) 464-3105

HOMER CITY: 2 Bdrm, 1st floor, A/C, carpet, laundry room, priv. parking, $575/mo. heat includ, No pets. (724) 479-2294

INDIANA BORO: Beautiful, newly remodeled, 2 bdr, with all appliances, washer/dryer, A/C, front & rear porch & parking. $725/month plus utilities. Non-Smoking, No pets. (724) 388-2008

2BDRM, full bath, washer/dryer, 10x10 kennel, util & trash incl. $650/mo, Robinson, only 20 mi. from Indiana, 15 mi. from Homer City, & 14 mi. from Blairsville, United School Dist. (804) 712-5794

NICE 2 bdr apartment, appl, water/sewage incl, sec. & ref, Coral $465/mo. Pets? (724) 479-2541

ONE Bedroom, $500/mo, plus electric, 2 bedroom apts available. (724) 465-8982

ONE Bedroom. A/C, low traffic, laundry on-site, parking. No pets. One year lease. runcorental@verizon.net (724) 349-0152

TWO Bedroom apartment in Marion Center Area. No Pets Available now! 724-397-9492

**032 Business Property For Rent**

BUSINESS Rental or 1 bedroom apt, corner of Warren Rd & Briarwood Dr. Close to Indiana Mall. Ample parking, Rent & all utilities $650/mo. (724) 349-7234/ 724-355-2368

INDIANA: 1 bdrm, 1st flr, appliances, $500/mo. + elec & trash. We pay heat & water. Non smoking, no pets. (724) 465-6807

Advertise your employment ad in Classifieds.

**035 Houses For Rent**

2 bdr, 1 bath, Marion Center SD, interior remodeled, $350/mo. Call (724) 465-2821

2 bdrm, newly renovated 1 yr ago, appliances included, $625/mo plus utilities. (724) 349-1669

BORO: 3 Bdrm 1.5 bath, family room, 2 decks, 2 car garage, kitchen appliances incl. C/A, gas fireplace, Avail. mid June. No Pets. (724) 422-4300

INDIANA: Clean, Modern 2 bdrm Condo, furnished or unfurnished, 1 car garage. (724) 388-4580

THREE Bedroom house near IUP $800 per month plus utilities. (724) 388-7605

**036 Duplex For Rent**

AVAIL. June 1, 1 yr lease, sm, 2 bdrm, furniture optional, No pets, $600/mo plus util. 724-465-8253

BORO: 2nd floor, one bedroom, $495 + electric. Includes heat & water. No pets. Call (724) 463-3996

**HEATHERBRAE APARTMENTS**
Located Between Indiana Mall & Wal•Mart
Upscale Apartment Living
Two Bedroom Units
With 1 or 1½ Baths,
Heat Included,
Indoor Parking
**724-463-6200**

---

# SUDOKU
Difficulty: 4 (of 5)



| 4 | 5 | 1 |   |   |   |   |   | 7 |
|---|---|---|---|---|---|---|---|---|
| 3 | 7 |   |   |   | 1 |   |   |   |
|   |   |   |   |   |   | 9 |   | 3 |
|   |   | 3 |   |   |   |   |   |   |
| 8 |   |   |   | 5 |   | 9 | 1 |   |
|   | 4 |   |   | 7 |   |   |   | 5 |
| 2 |   |   |   | 6 |   |   | 4 |   |
|   |   |   | 5 | 4 | 8 |   |   |   |
|   | 6 |   |   |   | 2 |   |   | 3 |

05-24-14    ©2012 JFS/KF Dist. by Universal Uclick for UFS

PREVIOUS SOLUTION

| 9 | 4 | 1 | 8 | 7 | 2 | 3 | 5 | 6 |
| 2 | 7 | 5 | 9 | 3 | 6 | 8 | 4 | 1 |
| 6 | 3 | 8 | 4 | 5 | 1 | 7 | 9 | 2 |
| 5 | 9 | 3 | 2 | 4 | 7 | 6 | 1 | 8 |
| 4 | 2 | 6 | 1 | 8 | 9 | 5 | 7 | 3 |
| 8 | 1 | 7 | 3 | 6 | 5 | 9 | 2 | 4 |
| 7 | 8 | 2 | 6 | 9 | 4 | 1 | 3 | 5 |
| 3 | 5 | 4 | 7 | 1 | 8 | 2 | 6 | 9 |
| 1 | 6 | 9 | 5 | 2 | 3 | 4 | 8 | 7 |

HOW TO PLAY: Each row, column and set of 3-by-3 boxes must contain the numbers 1 through 9 without repetition.

---

Your source for everything Indiana County

indianagazette.com
The Indiana Gazette  in print daily | online always

news • sports • weather • photos • events • dining • real estate
auto inventory • job listings • local business directory


•TOWNHOUSES•
•2 & 3 BEDROOMS
$650 Mo. & $750 Mo.
Plus All Utilities. No Pets, Near Mall.
CALL FOR MORE DETAILS
724-459-9300 Ext. 101


Brand New Build
TOWNHOUSE
•3 Bedrooms  •1.5 Baths  •Garage
•Central Air  •Never Lived In
$1,050 Mo.
Plus All Utilities. No Pets, Near Mall.
724-459-9300 Ext. 101