

James V. Corbelli
Attorney at Law
T 412.394.5649
jcorbelli@babstcalland.com

October 25, 2017

<u>*Via ECF*</u>

The Honorable Magistrate Judge Susan Paradise Baxter
United States District Court, Western District of Pennsylvania
17 South Park Row
Erie, PA 16501

Thomas Alan Linzey, Esquire
Elizabeth M. Dunne, Esquire
Community Environmental Legal Defense Fund
P.O. Box 360
Mercersburg, PA 17236

      **RE:**   **Pennsylvania General Energy Company, L.L.C. v. Grant Township**
               **Civ. No. 1:14-cv-00209-SPB**

Dear Judge Baxter and Counsel:

     A conference call has been scheduled in the above-captioned matter for October 30, 2017 at 11:00 a.m. For the call, we will use my firm's audio conferencing system. Please dial 800-501-8979 and enter the access code 3946970 followed by #. Callers must record their name to enter the call.

     Please let me know if there are any questions.

                                                      Very truly yours,

                                                      James V. Corbelli

JVC/vlc

cc:    All Counsel of Record via Electronic Court Filing