**COMMITTEES**

BANKING & INSURANCE, CHAIRMAN
ENVIRONMENTAL RESOURCES & ENERGY
LAW & JUSTICE
RULES & EXECUTIVE NOMINATIONS
STATE GOVERNMENT

PA INFRASTRUCTURE INVESTMENT
AUTHORITY (PENNVEST)
MINING & RECLAMATION ADVISORY BOARD

**STATE SENATOR**
**DON WHITE**
41st Senatorial District



Senate of Pennsylvania

☐ SENATE BOX 203041
THE STATE CAPITOL
HARRISBURG, PA 17120-3041
717-787-8724
FAX: 717-772-1589

☐ 618 PHILADELPHIA STREET
INDIANA, PA 15701
724-357-0151
FAX: 724-357-0148
(TOLL FREE) 866-357-0151

☐ 109 SOUTH JEFFERSON STREET
KITTANNING, PA 16201
724-543-3026
FAX: 724-548-4856
(TOLL FREE) 866-366-9448

☐ 3950 WILLIAM PENN HIGHWAY
SUITE 1
MURRYSVILLE, PA 15668
724-327-2422
FAX: 724-327-2436
(TOLL FREE) 866-736-9448

May 16, 2018

To Whom It May Concern:

The disposal of fracking waste continues to be a significant issue in Pennsylvania. Our mutual constituents in Grant Township, which relies exclusively on groundwater for their living needs, is no exception in dealing with those issues. Grant Township has pursued avenues to protect the health, safety, and welfare of their community in an effort to respond to constituent concerns, but it has come at a significant cost.

Grant Township would be faced with severe financial hardship or bankruptcy should the Court compel its citizens to pay for legal fees they did not choose to incur. In reality, any judgement against the township would be borne directly by the taxpayers. The elected officials of Grant Township attempted to fulfill the duty they believe they had to conserve their community's natural resources both in the present and for future generations by going beyond current federal and state regulations with the enactment of local ordinances and home rule charters. While the Court has rebuffed those actions, we believe further penalties would be overly burdensome.

Grant Township should not be punished for taking actions they believed were in the best interests of the community they represent. We ask the Court to not penalize their taxpayers further.

Sincerely,

Don White, Senator
41st District

Sincerely,

Cris Dush, Representative
66th District

Sincerely,

Michael Baker, Commissioner
Indiana County

Sincerely,

Rod Ruddock, Commissioner
Indiana County

Sincerely,

Sherene Hess, Commissioner
Indiana County