UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA GENERAL ENERGY COMPANY, L.L.C., <br><br>Plaintiff, <br><br>v. <br><br>GRANT TOWNSHIP, <br><br>Defendant. | Civ. No.: 1:14-cv-209 <br>Magistrate Judge <br>Susan Paradise Baxter <br><br>**DECLARATION OF SUPERVISOR STACY LONG** <br><br>*Electronically Filed* |

## DECLARATION OF GRANT TOWNSHIP SUPERVISOR STACY LONG

I, Stacy Long, being an adult over the age of 21 years, and competent to make this unsworn Declaration, do hereby make the statements below, which are true and correct to the best of my knowledge and belief, subject to the penalties for unsworn declarations pursuant to Pennsylvania law:

1. My name is Stacy Long and I serve as one of the Supervisors for Grant Township. Grant Township is a small rural town in Pennsylvania with a population of approximately 700 people.

2. I have lived in Grant Township on and off for over 30 years and have been an elected Township Supervisor since January 2016.

3. After the Court sanctioned our attorneys, the other Grant Township Supervisors and I got together to discuss preparing an Open Letter for publication to try to help clear up what we believe are misconceptions about the case, about the community of Grant Township, and about its Board of Supervisors.

4. We are not bragging.

5. The letter expresses the Board of Supervisors' frustration with not being heard, with the inadequacies of federal and state environmental regulations, and with the roadblocks attempting to prevent the Supervisors from fulfilling their moral and public trustee obligations to the community.

6. The Supervisors do not believe that a legal theory that gives them the ability to protect the health, safety, and welfare of Grant Township residents and their environment is frivolous.

7. The open letter expresses appreciation for counsel willing to represent us, despite continued threats by a corporation that will harm our community.

8. We have done our research and continue to research. We know of the dangers posed by fracking and fracking waste. We know that PGE has an awful record of environmental violations.

9. We do not understand how we are the ones that could be punished when we are protecting our residents' civil rights. The right to a healthy life. The right to clean air, water, and soil. The right to say no to living with harmful toxins.

10. We do not understand how a corporation can have more rights than the people in our community.

11. Can you imagine if all of your water came from a well or spring that you privately maintain, that is fed from groundwater under and around your home. Every dwelling in Grant Township is set up like this—there is no public water system. If there were plans to inject toxic and radioactive fracking waste underground near your home and

in your community's creeks and springs and its watershed, how could you just let it happen?

12. We cannot give up. We ask for compassion and understanding.

I sign this Declaration subject to the penalties for unsworn verifications pursuant to Pennsylvania law.

Dated: May 16, 2018.

_____
Stacy Long
Grant Township Supervisor