IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA GENERAL ENERGY COMPANY, LLC,** | ) | **C.A.No. 1:14-cv-209** |
|     **Plaintiff** | ) | |
| | ) | **District Judge Baxter** |
| **vs.** | ) | |
| | ) | |
| **GRANT TOWNSHIP,** | ) | |
|     **Defendant.** | ) | |

## O R D E R

AND NOW, this 31st day of March, 2019;

Consistent with the Memorandum Opinion filed this date,

IT IS HEREBY ORDERED that PGE's motion for attorney's fees and costs [ECF No. 320] is granted. PGE is awarded $100,000.00 in counsel fees and $2,979.18 in costs.

IT IS FURTHER ORDERED that Grant Township's motion for hearing [ECF No. 332] is dismissed as moot.

                                                  /s/ Susan Paradise Baxter
                                                  SUSAN PARADISE BAXTER
                                                  United States District Judge