IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA GENERAL ENERGY COMPANY, LLC,<br><br>    Plaintiff<br><br>v.<br><br>GRANT TOWNSHIP,<br><br>    Defendant. | Civil Action No. 14-cv-209 ERIE<br><br>Magistrate Judge Susan Paradise Baxter |

**PROPOSED ORDER**

THIS ___ day of _____, 2019, the Court **GRANTS** the Motion for Approval of Alternative Security and Stay of Execution of Sanctions Order and enters the following **ORDER**:

1. Enforcement of the Order of Sanctions of January 5, 2018 (Doc. 290) is stayed pending full resolution of all appeals pertaining to the Order.

2. As a condition of the stay:

    a. The sum of $52,000.00 shall be escrowed by or on behalf of Thomas A. Linzey and Elizabeth Dunne (collectively "Sanctioned Lawyers") in an interest-bearing account with a financial institution.

    b. The escrowed sum shall be held by the financial institution until further Order of Court.

    c. The Sanctioned Lawyers shall pay all administrative costs associated with setting up and maintaining the funds in escrow such that the total sum of $52,000.00 is not reduced in any way during the appeal.

    d. The Sanctioned Lawyers will provide PGE with proof of such escrow account and the amount held in said account within 14 calendar days of this Order.

_____
J.