# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA GENERAL ENERGY COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GRANT TOWNSHIP, <br><br> Defendant. | Civil Action No. 14-cv-209 <br><br> District Judge Susan Paradise Baxter |

## NOTICE OF APPEAL

Notice is hereby given that Grant Township, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order dated March 31, 2019 and entered April 1, 2019 (Dkt. No. 336), and Memorandum Opinion dated March 31, 2019 and entered April 1, 2019 (Dkt. No. 335), awarding Plaintiff attorney's fees and costs.

Dated: April 26, 2019

Respectfully submitted,

/s/ Karen Hoffmann
Karen Hoffmann, Esq.
PA I.D. No. 323622
Syrena Law
128 Chestnut St. Ste. 301A
Philadelphia, PA 19106
(412) 916-4509
karen@syrenalaw.com

*Counsel for Defendant Grant Township*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed a true and correct copy of the foregoing NOTICE OF APPEAL on April 26, 2019, using the Court's CM/ECF system, which will automatically serve a copy upon all counsel of record.

                              By:    /s/ Karen Hoffmann
                                           Karen Hoffmann, Esq.