IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA GENERAL ENERGY COMPANY, L.L.C.,** | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 14-209 Erie |
| v. | ) ) | |
| **GRANT TOWNSHIP,** | ) | **District Judge Susan Paradise Baxter** |
| Defendant. | ) | |

**O R D E R**

**AND NOW**, this 3rd day of June, 2019;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Execution of Order Awarding Attorney's Fees and Costs Without Security [ECF No. 339] is denied. Grant Township is to post a supersedeas bond in the amount of $102,979.18, plus post-judgment interest and costs, within thirty (30) business days of this Order. Upon the posting of that bond, the Order of March 31, 2019 [ECF No. 335] will be stayed pending full resolution of all appeals pertaining to that Order.

*s/ Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge
