# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>19-1963</u>

Pennsylvania General Energy Co v. Grant Township

(U.S. District Court No.: 1-14-cv-00209)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   November 19, 2019
SB/cc:   James V. Corbelli, Esq.
Kevin J. Garber, Esq.
Karen L. Hoffmann, Esq.
Mr. Joshua Lewis,
Bethann R. Lloyd, Esq.
Lisa C. McManus, Esq.

**A True Copy**:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate